**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No.: 21-10026 - A - 7
Martha Cornejo Fernandez,          ) Adv No.: 21-01020
         Debtor.                   ) Docket Control No.: USA-1
                                   ) Document No.: 25
_____    )
                                   )
Fernandez,                         ) Date: 11/03/2021
         Plaintiff,                ) Time: 2:00 PM
v.                                 ) Dept: A
U.S. Department of Education,      )
         Defendant.                )
_____    )
```

**Order**

For the reasons stated on the record and set forth in the court's minutes, docket number 34,

IT IS ORDERED that the Defendant's motion to dismiss is DENIED.

IT IS FURTHER ORDERED that Defendant's answer shall be filed in the time required by Bankruptcy Rule 7012(a).

Dated: November 03 2021

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

[25] - Motion/Application to Dismiss Adversary Proceeding/Notice of Removal [USA-1] Filed by Defendant U.S. Department of Education (vcaf)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Martha Cornejo Fernandez
2447 Cagel St
Rosamond CA 93560

Jeffrey J. Lodge
2500 Tulare St #4401
Fresno CA 93721